# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0522. XAVIER CONNELL LEVATTE v. THE STATE.

The appellant's motion to transfer this appeal to the Supreme Court of Georgia

is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/23/2020*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*